580

Ezekiel DAVIS, Plaintiff-Appellant,

v.

Amber MARTIN; Johnny Blevins; FNU Weeks; Jane Doe; FNU Tyler; FNU James; FNU Myers; FNU San-Nicholas; FNU Hulderman; FNU Clark; FNU Dawson; Hector Rios, Jr.; Correct Care Solutions, Defendants-Appellees.

No. 17-6060

United States Court of Appeals,
Tenth Circuit.

Filed May 1, 2017

(D.C. No. 5:16-CV-01375-HE) (W.D. Oklahoma)

Ezekiel Davis, Pro Se

### ORDER

The captioned appeal is dismissed for lack of prosecution pursuant to 10th Cir. R. 42.1.

A copy of this order shall stand as and for the mandate of this court.